# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KELSEY COX,<br><br>        Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:10CR601DAK<br><br>Judge Dale A. Kimball |

Defendant, Kelsey Cox, has filed a motion for early termination of probation. On February 22, 2012, Defendant was sentenced to sixty months probation. Therefore, she has served approximately half of her term of probation. This motion is governed by 18 U.S.C. § 3564(c), Pursuant to 18 U.S.C. § 3564(c), after considering the factors set forth in Section 3553(a), the court may terminate a term of probation "at any time after the expiration of one year of probation . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

The court has contacted Defendant's probation officer, and he supports her early termination. Defendant has been on low intensity supervision and has been doing extremely well. Defendant has been consistently employed and met all the terms of her probation. Based on Defendant's conduct, the court finds that an early termination of probation is warranted.

Accordingly, the court grants Defendant's motion for early termination of probation.

DATED this 10th day of September, 2014.

        BY THE COURT:

        _____
        DALE A. KIMBALL
        United States District Judge